UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KOREA LINE CORPORATION,

                Plaintiff,

  - against -

ISPAT INDUSTRIES LIMITED a/k/a ISPAT
INDUSTRIES LTD., ISPAT IND. LTD. or
ISPAT IND.,

                Defendant.
------------------------------------------------------------X

**JUDGE STEIN**

**07 CV 11370**

07 CV _____

ECF CASE



DEC 1 9 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the Plaintiff does not have any corporate parent nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: December 19, 2007
      New York, NY

                            The Plaintiff,
                            KOREA LINE CORPORATION

                            By: _____
                            Nancy R. Peterson
                            Kevin J. Lennon
                            LENNON, MURPHY & LENNON, LLC
                            The Gray Bar Building
                            420 Lexington Ave., Suite 300
                            New York, NY 10170
                            (212) 490-6050 phone
                            (212) 490-6070 fax
                            nrp@lenmur.com
                            kjl@lenmur.com