UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KOREA LINE CORPORATION,

               Plaintiff,

  - against -

ISPAT INDUSTRIES LIMITED a/k/a ISPAT
INDUSTRIES LTD., ISPAT IND. LTD. or
ISPAT IND.,

               Defendants.
------------------------------------------------------------X

07 CV 11370 (SHS)

ECF CASE

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF ATTACHED FUNDS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

PLEASE TAKE NOTICE, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attached funds of Defendant(s) restrained in the District are to be released pursuant to separate written instructions that will be furnished to the garnishee bank(s).

The release of the aforesaid attached funds by the garnishee bank(s) shall not be subject to any further attachment in New York after those funds are released by the garnishee bank(s).

Dated: March 27, 2008
       Southport, CT

               The Plaintiff,
               KOREA LINE CORPORATION

               By: _____
               Kevin J. Lennon / Coleen A. McEvoy
               LENNON, MURPHY & LENNON, LLC
               420 Lexington Ave., Suite 300
               New York, NY 10170
               Phone (212) 490-6050 / Fax (212) 490-6070
               kjl@lenmur.com / cam@lenmur.com

SO ORDERED: 3/27/08

_____
Hon. Sidney H. Stein
United States District Judge